IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Securities and Exchange Commission,

Plaintiff,

v.

Kimon P. Daifotis and Randall Merk

Defendant.

CASE NO. 4:11-cv-00137-WHA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Susan Brune , whose business address and telephone number is

Brune & Richard LLP
One Battery Park Plaza
New York, NY 10004   tel: (212) 668-1900

and who is an active member in good standing of the bar of the New York Court of Appeals having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Randall Merk

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: January 21, 2011.



Judge William Alsup