**United States District Court**
For the Northern District of California

1
2
3          IN THE UNITED STATES DISTRICT COURT
4
5          FOR THE NORTHERN DISTRICT OF CALIFORNIA
6
7   Securities and Exchange Commission,           **CASE NO:** 4:11-cv-00137-WHA
8
            Plaintiff,                            ~~(Proposed)~~
9                                                 **ORDER GRANTING APPLICATION**
    v.                                            **FOR ADMISSION OF ATTORNEY**
10  Kimon P. Daifotis and Randall Merk            *PRO HAC VICE*
11
12          Defendant.
                                        /
13
14  MaryAnn Sung                        , whose business address and telephone number is
15  Brune & Richard LLP
    One Battery Park Plaza
16  New York, NY 10004   tel: (212) 668-1900
17  and who is an active member in good standing of the bar of  the New York Court of Appeals
18  having applied in the above-entitled action for admission to practice in the Northern District of
19  California on a pro hac vice basis, representing  Randall Merk
20          IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
21  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
22  *vice.* Service of papers upon and communication with co-counsel designated in the application
23  will constitute notice to the party. All future filings in this action are subject to the requirements
24  contained in General Order No. 45, *Electronic Case Filing.*
25
26  Dated:   January 21, 2011.
27
28