UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

vs.

KIMON P. DAIFOTIS and RANDALL MERK,

    Defendants.

Case No. 11-cv-0137 WHA

[PROPOSED] ORDER AMENDING CASE MANAGEMENT ORDER

This matter comes before the Court on the Plaintiff's Unopposed Administrative Motion to Correct or Clarify Case Management Order. The Court finds that said motion should be granted.

IT IS HEREBY ORDERED that the Case Management Order entered by the Court on March 18, 2011 is hereby amended as follows:

    (1)    Paragraph 3 is amended to provide that plaintiff may depose defendants for two days each; and

    (2)    In paragraph 5, the reference to "March 30, 2011" is amended to read "March 30, 2012."

**IT IS SO ORDERED.**

Dated: _March 21_____, 2011.      _____
                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE