IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Securities and Exchange Commission | CASE NO. 3:11-cv-00137-WHA |
| Plaintiff, | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| Kimon P. Daifotis and Randall Merk | |
| Defendant. | |

David Elbaum, whose business address and telephone number is

Brune & Richard LLP
One Battery Park Plaza
New York, NY 10004  (212) 668-1900

and who is an active member in good standing of the bar of   New York Court of Appeals having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing   Randall Merk.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:   March 28, 2011.

Judge William Alsup