DAVID B. BAYLESS (SBN 189235)
Email: dbayless@cov.com
TAMMY ALBARRÁN (SBN 215605)
Email: talbarran@cov.com
AILEEN WHEELER (SBN 223705)
Email: awheeler@cov.com
JOSHUA D. HURWIT (SBN 263108)
Email: jhurwit@cov.com
SAMANTHA J. CHOE (SBN 252002)
Email: schoe@cov.com
JOHN D. FREED (SBN 261518)
Email: jfreed@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Defendant Kimon P. Daifotis

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>KIMON P. DAIFOTIS and RANDALL MERK,<br><br>Defendants. | Civil Case No.: 11-cv-00137-WHA<br><br>**DECLARATION DAVID BAYLESS IN SUPPORT OF MOTION TO DISMISS COMPLAINT**<br><br>**Date: June 2, 2011**<br>**Time: 2:00 p.m.**<br>**Judge: Hon. William H. Alsup**<br>**Courtroom: 9** |

I, DAVID BAYLESS, hereby declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the San Francisco office of Covington & Burling LLP, counsel of record for Defendant Kimon P. Daifotis ("Mr. Daifotis") in this case. I submit this Declaration in Support of Mr. Daifotis' Motion to Dismiss Complaint. I make this Declaration based on personal knowledge, except where otherwise indicated and, if called as a witness, could and would testify thereto.

2. Attached hereto as **Exhibit 1** to this Declaration is a true and correct copy of an advertisement entitled, "Schwab YieldPlus Fund - Select Shares Named the #1 Ultrashort Bond Fund by Lipper." This document is cited in Complaint paragraph 74(g).

3. Attached hereto as **Exhibit 2** to this Declaration is a true and correct compilation of Schwab YieldPlus Fund Fact Sheets, posted on Schwab's public website. These documents are cited in Complaint paragraph 74(i).

4. Attached hereto as **Exhibit 3** to this Declaration is a true and correct copy of a Schwab YieldPlus Fund advertisement, entitled "Schwab YieldPlus Fund -- Your Cash Could be in a Much More Rewarding Position." This document is cited in Complaint paragraph 74(c).

5. Attached hereto as **Exhibit 4** to this Declaration is a true and correct copy of a Schwab YieldPlus Fund Advertisement, entitled, "Smart Cash Strategies." This document is cited in Complaint paragraph 74(h).

6. Attached hereto as **Exhibit 5** to this Declaration is a true and correct copy of an email from Charles Schwab to investors with the subject line "Put your cash in a stronger position with YieldPlus." This document is cited in Complaint paragraph 74(e).

7. Attached hereto as **Exhibit 6** to this Declaration is a true and correct copy of Schwab's public website, entitled "Cash Investments and Strategies." This document is cited in Complaint paragraph 74(a).

8. Attached hereto as **Exhibit 7** to this Declaration is a true and correct copy of Schwab's public website, entitled "Schwab YieldPlus Fund." This document is cited in Complaint paragraph 74(d).

9. Attached hereto as **Exhibit 8** to this Declaration is a true and correct copy of an article written by Michael A. Pollock, entitled "Schwab Ultra-Short Bond Draws Strong Investor Interest," dated July 18, 2006. This article is cited in Complaint paragraph 55.

10. Attached hereto as **Exhibit 9** to this Declaration is a true and correct copy of an Schwab Corporation News Release, dated August 1, 2006. This news release is cited in Complaint paragraphs 50 and 66.

11. Attached hereto as **Exhibit 10** to this Declaration is a true and correct copy of a Charles Schwab Investment Management "Schwab YieldPlus Fund - Talking Points" document, dated November 21, 2007. This document is cited in Complaint paragraphs 149-52.

12. Attached hereto as **Exhibit 11** to this Declaration is a true and correct copy of a Schwab Corporation publication, entitled "On Investing," dated March 21, 2007. This publication is cited in Complaint paragraph 93.

13. Attached hereto as **Exhibit 12** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Annual Report for the fiscal year ending August 31, 2007, on Form N-CSR, as filed with the SEC on November 2, 2007. This document is cited in Complaint paragraphs 81, 92, 98, and 113.

14. Attached hereto as **Exhibit 13** to this Declaration is a true and correct of Schwab YieldPlus Fund's Semiannual Report for the period ending February 28, 2005, on Form N-CSR, as filed with the SEC on May 3, 2005. This document is cited in Complaint paragraph 113.

15. Attached hereto as **Exhibit 14** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Quarterly Schedule of Portfolio Holdings for the period ending May 31, 2005, on Schwab Investment's Form N-Q, as filed with the SEC on July 20, 2005. This document is cited in Complaint paragraph 113.

16. Attached hereto as **Exhibit 15** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Annual Report for the fiscal year ending August 31, 2005, on Form N-CSR, as filed with the SEC on November 4, 2005. This document is cited in Complaint paragraph 113.

17. Attached hereto as **Exhibit 16** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Quarterly Schedule of Portfolio Holdings for the period ending November 30, 2005, on Schwab Investment's Form N-Q, as filed with the SEC on January 24, 2006. This document is cited in Complaint paragraph 113.

18. Attached hereto as **Exhibit 17** to this Declaration is a true and correct of Schwab YieldPlus Fund's Semiannual Report for the period ending February 28, 2006, on Form N-CSR, as filed with the SEC on April 27, 2006. This document is cited in Complaint paragraph 113.

19. Attached hereto as **Exhibit 18** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Quarterly Schedule of Portfolio Holdings for the period ending May 31, 2006, on Schwab Investment's Form N-Q, as filed with the SEC on July 19, 2006. This document is cited in Complaint paragraph 113.

20. Attached hereto as **Exhibit 19** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Annual Report for the fiscal year ending August 31, 2006, on Form N-CSR, as filed with the SEC on November 6, 2006. This document is cited in Complaint paragraph 113.

21. Attached hereto as **Exhibit 20** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Quarterly Schedule of Portfolio Holdings for the period ending November 30, 2006, on Schwab Investment's Form N-Q, as filed with the SEC on January 25, 2007. This document is cited in Complaint paragraph 113.

22. Attached hereto as **Exhibit 21** to this Declaration is a true and correct of Schwab YieldPlus Fund's Semiannual Report for the period ending February 28, 2007, on Form N-CSR, as filed with the SEC on May 2, 2007. This document is cited in Complaint paragraph 113.

23. Attached hereto as **Exhibit 22** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Quarterly Schedule of Portfolio Holdings for the period ending May 31, 2007, on Schwab Investment's Form N-Q, as filed with the SEC on July 31, 2007. This document is cited in Complaint paragraph 113.

24. Attached hereto as **Exhibit 23** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Quarterly Schedule of Portfolio Holdings for the period ending November 30, 2007, on Schwab Investment's Form N-Q, as filed with the SEC on January 11, 2008 This document is cited in Complaint paragraph 113.

25. Attached hereto as **Exhibit 24** to this Declaration is a true and correct of Schwab YieldPlus Fund's Semiannual Report for the period ending February 29, 2008, on Form N-CSR, as filed with the SEC on May 6, 2008. This document is cited in Complaint paragraph 113.

26. Attached hereto as **Exhibit 25** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Quarterly Schedule of Portfolio Holdings for the period ending May 31, 2008, on Schwab Investment's Form N-Q, as filed with the SEC on July 28, 2008 This document is cited in Complaint paragraph 113.

27. Attached hereto as **Exhibit 26** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Annual Report for the fiscal year ending August 31, 2008, on Form N-CSR, as filed with the SEC on November 7, 2008. This document is cited in Complaint paragraph 113.

28. Attached hereto as **Exhibit 27** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Statement of Additional Information, on Form 485B, dated November 15, 2006. This document is cited in Complaint paragraphs 123 and 125.

29. Attached hereto as **Exhibit 28** to this Declaration is a true and correct copy of a presentation entitled, "Schwab YieldPlus Fund - Select Shares - 1st Quarter Review," dated March 31, 2006. This document is cited in Complaint paragraph 108.

30. Attached hereto as **Exhibit 29** to this Declaration is a true and correct copy of a presentation entitled, "Schwab YieldPlus Fund - Select Shares - 2nd Quarter Review," dated June 30, 2006. This document is cited in Complaint paragraph 108.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California, on April 7, 2011.

Dated: April 7, 2011

COVINGTON & BURLING LLP

By: *<u>/s/ David B. Bayless</u>*
DAVID B. BAYLESS

Attorneys for Defendant KIMON P. DAIFOTIS