Laurie Edelstein (Bar No. 164466)
Lee Taylor (Bar No. 243863)
BRUNE & RICHARD LLP
235 Montgomery Street, Suite 1130
San Francisco, California 94104
Telephone: (415) 563-0600
Facsimile: (415) 563-0613
ledelstein@bruneandrichard.com
ltaylor@bruneandrichard.com

Susan E. Brune (*pro hac vice*)
David Elbaum (*pro hac vice*)
MaryAnn Sung (*pro hac vice*)
BRUNE & RICHARD LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 668-1900
Facsimile: (212) 668-0315
sbrune@bruneandrichard.com
delbaum@bruneandrichard.com
msung@bruneandrichard.com

*Attorneys for Randall Merk*

BRUNE & RICHARD LLP
235 Montgomery Street, Suite 1130
San Francisco, CA 94104

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| Securities and Exchange Commission,<br><br>Plaintiff,<br><br>v.<br><br>Kimon P. Daifotis and Randall Merk,<br><br>Defendants. | No. 3:11-cv-00137-WHA<br><br>**DECLARATION OF LEE TAYLOR IN SUPPORT OF RANDALL MERK'S MOTION TO DISMISS**<br><br>Date: June 2, 2011<br>Time: 2:00 pm<br>Judge: Hon. William H. Alsup<br><br>Complaint Filed: January 11, 2011<br>Trial Date: July 9, 2012 |

BRUNE & RICHARD LLP
235 Montgomery Street, Suite 1130
San Francisco, CA 94104

I, Lee Taylor, declare as follows:

I am licensed to practice law in California and admitted to practice before this Court. I am associated with the law firm Brune & Richard LLP, counsel to Randall Merk in this case. I make this declaration based on personal knowledge, except where otherwise indicated, and, if called as a witness, I could and would testify thereto. I submit this declaration in support of Randall Merk's Motion to Dismiss.

1. Attached as Exhibit 1 is a true and correct copy of excerpts from the November 15, 2006 Statement of Additional Information of Schwab Investments, which was filed with the Securities and Exchange Commission (the "SEC") on November 15, 2006.

2. Attached as Exhibit 2 is a true and correct copy of excerpts from the November 15, 2006 Prospectus of Schwab Bond Funds, which was filed with the SEC on November 15, 2006.

3. Attached as Exhibit 3 is a true and correct copy of excerpts from the August 31, 2006 Annual Report of Schwab Bond Funds, which was filed with the SEC on November 6, 2006.

4. Attached as Exhibit 4 is a true and correct copy of excerpts from the Form N-Q of Schwab Investments for the period ending May 31, 2007, which was filed with the SEC on July 20, 2007.

5. Attached as Exhibit 5 is a true and correct copy of an April 2005 Schwab YieldPlus Fund advertisement. Plaintiff refers to this document in Paragraph 74(g) of its Complaint.

6. Attached as Exhibit 6 is a true and correct copy of a September 2006 Schwab YieldPlus Fund advertisement. Plaintiff refers to this document in Paragraph 74(f) of its Complaint.

7. Attached as Exhibit 7 is a true and correct copy of a January 2006 brochure entitled, "Smart cash strategies." Plaintiff refers to this document in Paragraph 74(h) of its Complaint.

8. Attached as Exhibit 8 is a true and correct copy of a press release dated August 1,

BRUNE & RICHARD LLP
235 Montgomery Street, Suite 1130
San Francisco, CA 94104

2006. Plaintiff refers to this document in Paragraphs 49 through 50 of its Complaint.

9. Attached as Exhibit 9 is a true and correct copy of a September 2006 brochure. Plaintiff refers to this document in Paragraph 74(c) of its Complaint.

10. Attached as Exhibit 10 is a true and correct copy of an email from Charles Schwab entitled, "Put your cash in a stronger position with YieldPlus." Plaintiff refers to this document in Paragraph 74(e) of its Complaint.

11. Attached as Exhibit 11 is a true and correct copy of an August 7, 2007 Special Report entitled, "Amid Market Turmoil, a Schwab Investor Q-and-A." Plaintiff refers to this document in Paragraphs 145 and 158 of its Complaint.

12. Attached as Exhibit 12 is a true and correct copy of excerpts from Randall Merk's IRA Rollover Account Statement for the period August 1-31, 2007, which I understand were produced to the SEC bearing Bates labels SCH12476930 and SCH12476934.

13. Attached as Exhibit 13 is a true and correct copy of a document entitled, "Schwab YieldPlus Fund – Talking Points," dated November 21, 2007. Plaintiff refers to this document in Paragraph 149 of its Complaint.

14. Attached as Exhibit 14 is a true and correct copy of a document entitled "Schwab YieldPlus Fund Manager's Discussion – Update on Volatility in the Fixed Income Market," dated November 19, 2007. Plaintiff refers to this document in Paragraphs 150(c) and 159 of its Complaint.

15. Attached as Exhibit 15 is a true and correct copy of a YieldPlus Fund Fact Sheet, as of September 30, 2006. Plaintiff refers to Schwab YieldPlus Fund Fact Sheets in Paragraph 74(i) of its Complaint.

16. Attached as Exhibit 16 is a true and correct copy of testimony by SEC Chairman Mary L. Schapiro before the United States House of Representatives Committee on Financial Services, dated July 22, 2009. This document was downloaded from the SEC's website at www.sec.gov/news/testimony/2009/ts072209mls.htm on April 2, 2011.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge and understanding.

Executed in San Francisco, California on April 7, 2011.

LEE TAYLOR

BRUNE & RICHARD LLP
235 Montgomery Street, Suite 1130
San Francisco, CA 94104