1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

### SAN FRANCISCO DIVISION

9

10

SECURITIES AND EXCHANGE
COMMISSION

Civil Case No.: 11-cv-00137-WHA

11

Plaintiff,

12

v.

**ORDER GRANTING DEFENDANTS'
MOTION FOR LEAVE TO FILE
MOTION FOR RECONSIDERATION**

13

KIMON P. DAIFOTIS and RANDALL MERK,

14

Defendants.

15

16

Defendants Kimon P. Daifotis and Randall Merk, by and through their attorneys,

17

Covington & Burling LLP and Brune & Richard LLP, respectively, moved for leave to file a

18

motion for reconsideration of the order denying defendants' motions to dismiss the Securities

19

and Exchange Commssion's primary liability claims dated June 6, 2011.

20

Good cause appearing, the Court hereby orders that defendants be permitted to move for

21

reconsideration of the portion of the June 6 order denying defendants' motions to dismiss the

22

Commission's primary liability claims.  Thus, defendants' motion for leave to file a motion for

23

reconsideration is **GRANTED**.

24

**IT IS SO ORDERED.**

25

26

DATED:   June 15, 2011.

27

HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

28

ORDER GRANTING  DEFENDANTS' MOTION FOR LEAVE
TO FILE MOTION FOR RECONSIDERATION
Civil Case No.: 11-cv-00137-WHA