DAVID B. BAYLESS (SBN 189235)
Email: dbayless@cov.com
TAMMY ALBARRÁN (SBN 215605)
Email: talbarran@cov.com
AILEEN WHEELER (SBN 223705)
Email: awheeler@cov.com
JOSHUA D. HURWIT (SBN 263108)
Email: jhurwit@cov.com
SAMANTHA J. CHOE (SBN 252002)
Email: schoe@cov.com
JOHN D. FREED (SBN 261518)
Email: jfreed@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Defendant Kimon P. Daifotis

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>KIMON P. DAIFOTIS and RANDALL MERK,<br><br>Defendants. | Civil Case No.: 11-cv-00137-WHA<br><br>**DECLARATION OF DAVID BAYLESS IN SUPPORT OF DEFENDANT KIMON P. DAIFOTIS' OPPOSITION TO MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br><br>**Date: October 6, 2011**<br>**Time: 8:00 a.m.**<br>**Judge: Hon. William H. Alsup**<br>**Courtroom: 9** |

I, DAVID BAYLESS, hereby declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the San Francisco office of Covington & Burling LLP, counsel of record for Defendant Kimon P. Daifotis ("Mr. Daifotis") in this case. I submit this Declaration in Support of Mr. Daifotis' Opposition to Motion for Leave to File First Amended Complaint ("FAC"). I make this Declaration based on personal knowledge, except where otherwise indicated and, if called as a witness, could and would testify thereto.

2. Attached hereto as **Exhibit 1** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Semiannual Report, for the period ending February 28, 2005. This document is cited in FAC paragraph 90.

3. Attached hereto as **Exhibit 2** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Annual Report, for the period ending August 31, 2005. This document is cited in FAC paragraph 90.

4. Attached hereto as **Exhibit 3** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Semiannual Report, for the period ending February 28, 2006. This document is cited in FAC paragraph 90.

5. Attached hereto as **Exhibit 4** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Portfolio Holdings, on Form N-Q, for the period ending May 31, 2006. This document is cited in FAC paragraph 143.

6. Attached hereto as **Exhibit 5** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Annual Report, for the period ending August 31, 2006. This document is cited in FAC paragraphs 90 and 143.

7. Attached hereto as **Exhibit 6** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Semiannual Report, for the period ending February 28, 2007. This document is cited in FAC paragraph 90.

8. Attached hereto as **Exhibit 7** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Annual Report, for the period ending August 31, 2007. This document is cited in FAC paragraphs 88, 90, 91, 97, and 109.

9. Attached hereto as **Exhibit 8** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Semiannual Report, for the period ending February 29, 2008. This document is cited in FAC paragraphs 88 and 90.

10. Attached hereto as **Exhibit 9** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Fact Sheet, dated September 30, 2005. This document is cited in FAC paragraph 90.

11. Attached hereto as **Exhibit 10** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Fact Sheet, dated December 31, 2005. This document is cited in FAC paragraph 90.

12. Attached hereto as **Exhibit 11** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Fact Sheet, dated March 31, 2006. This document is cited in FAC paragraph 90.

13. Attached hereto as **Exhibit 12** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Fact Sheet, dated June 30, 2006. This document is cited in FAC paragraph 90.

14. Attached hereto as **Exhibit 13** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Fact Sheet, dated September 30, 2006. This document is cited in FAC paragraph 90.

15. Attached hereto as **Exhibit 14** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Fact Sheet, dated December 31, 2006. This document is cited in FAC paragraph 90.

16. Attached hereto as **Exhibit 15** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Fact Sheet, dated March 31, 2007. This document is cited in FAC paragraph 90.

17. Attached hereto as **Exhibit 16** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Fact Sheet, dated June 30, 2007. This document is cited in FAC paragraph 90.

18. Attached hereto as **Exhibit 17** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Fact Sheet, dated September 30, 2007. This document is cited in FAC paragraph 90.

19. Attached hereto as **Exhibit 18** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Fact Sheet, dated December 31, 2007. This document is cited in FAC paragraph 90.

20. Attached hereto as **Exhibit 19** to this Declaration is a true and correct copy of Schwab YieldPlus Fund's Fact Sheet, dated March 31, 2008. This document is cited in FAC paragraph 90.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California, on September 6, 2011.

Dated: September 6, 2011

COVINGTON & BURLING LLP

By: */s/ David B. Bayless*
DAVID B. BAYLESS

Attorneys for Defendant KIMON P. DAIFOTIS