IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 11-00137 WHA |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S ADMINISTRATIVE REQUEST TO PERMIT PLAINTIFF TO EXCEED PAGE LIMITS** |
| KIMON DAIFOTIS and RANDALL MERK, | |
| Defendants. | |

Plaintiff submitted an administrative motion requesting permission to exceed the 15-page limit in its reply briefs in support of its Motion for Leave to File First Amended Complaint. Plaintiff filed its reply briefs on September 13, 2011. Therefore, the motion is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: September 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE