United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

  v.

KIMON DAIFOTIS and RANDALL MERK,

    Defendants.

No. C 11-00137 WHA

**ORDER RE PLAINTIFF'S ADMINISTRATIVE REQUEST TO PERMIT PLAINTIFF TO EXCEED PAGE LIMITS**

Plaintiff submitted an administrative motion requesting permission to exceed the 15-page limit in its reply briefs in support of its Motion for Leave to File First Amended Complaint. Plaintiff filed its reply briefs on September 13, 2011. Therefore, the motion is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Dated: September 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE