IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KIM P. DAIFOTIS and RANDALL MERK,

    Defendants.

No. C 11-00137 WHA

**ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO RESET HEARING**

In order to save the taxpayers additional burden in their difficult times, the hearing set for October 6, 2011 at 2 p.m. is vacated, and the motions will be decided on the papers. The Court is of the view that oral argument is not needed.

**IT IS SO ORDERED.**

Dated: October 3, 2011.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE