IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>KIMON P. DAIFOTIS and<br>RANDALL MERK,<br><br>    Defendants.<br>                                            / | No. C 11-00137 WHA<br><br>**ORDER SETTING HEARING ON DEFENDANT'S DISCOVERY DISPUTE** |

The Court **SETS** a meet-and-confer on **TUESDAY, MARCH 13, 2012, STARTING FROM 8:00 A.M. AND CONTINUING TO 11:30 A.M.** in the Court's jury room on the nineteenth floor of the federal courthouse. At 11:30 a.m., the Court shall hold a hearing to resolve any remaining discovery issue(s) in Courtroom 9. FINRA may have until 9:00 a.m. on March 12 to respond to defendant Daifotis' letter.

Please buzz chambers to be let into the court's jury room. Please note that only those who personally participate in the meet-and-confer in the court's jury room may argue at the hearing.

**IT IS SO ORDERED.**

Dated: March 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE