David J. Gottesman (Trial Counsel) (Illinois Bar No. 6182719)
(gottesmand@sec.gov)
Frederick L. Block (blockf@sec.gov)
David S. Mendel (mendeld@sec.gov)
Robert A. Cohen (cohenr@sec.gov)
Melissa R. Hodgman (hodgmanm@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4030
Telephone: (202) 551-4470 (Gottesman)
Facsimile: (202) 772-9245 (Gottesman)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

KIMON P. DAIFOTIS,

Defendants.

Case No. CV-11-0137 WHA

**DECLARATION OF DAVID S. MENDEL IN SUPPORT OF PLAINTIFF SEC'S MOTION FOR SUMMARY JUDGMENT AS TO FIFTH AND SIXTH AFFIRMATIVE DEFENSES AND FOR PARTIAL SUMMARY JUDGMENT AS TO SEVENTH AFFIRMATIVE DEFENSE**

DATE: June 7, 2012
TIME: 8:00 a.m.
CTRM: 8
JUDGE: Hon. William H. Alsup

David S. Mendel, pursuant to 28 U.S.C. § 1746, declares and states as follows:

1. I am an Assistant Chief Litigation Counsel with the Division of Enforcement of the Securities and Exchange Commission ("SEC" or "Commission") in Washington, D.C., and I am one of counsel to the Commission in this proceeding. I make this declaration based on personal knowledge, except where otherwise indicated.

2. Attached as **Exhibit 1** to this Declaration is a true and correct copy of Defendant Kimon Daifotis's Answer to the First Amended Complaint.

3. Attached as **Exhibit 2** to this Declaration is a true and correct copy of Deposition Exhibit 1021, comprising a letter from Erica Gould of the SEC's Office of Compliance Inspections and Examinations to the Board of Trustees of Schwab Investments, among other recipients, dated August 10, 2006 (SCH20199908-SCH20199912). *See* Deposition of Erica Gould ("Gould Dep.") at 173-74 (Ms. Gould's deposition testimony is attached as Ex. 4 to this Declaration).

4. Attached as **Exhibit 3** to this Declaration is a true and correct copy of Deposition Exhibit 1025, comprising a letter from Randall S. Fillmore, Chief Compliance Officer, Schwab Funds to Erica Gould, dated September 8, 2006 (SEC-EXAM-E-0012908 to SEC-EXAM-E-0012917). *See* Gould Dep. at 210-11.

5. Attached as **Exhibit 4** to this Declaration is a true and correct copy of the deposition testimony of Erica Gould.

6. Attached as **Exhibit 5** to this Declaration is a true and correct copy of Testimony Concerning SEC's Mutual Fund Oversight, by Lori A. Richards, Director, Director, Office of Compliance Inspections and Examinations, SEC, before the U.S. House Subcommittee on Commercial and Administrative Law, dated June 7, 2005, available at http://sec.gov/news/testimony/ts060705lar.htm.

7. Attached as **Exhibit 6** to this Declaration is a true and correct copy of Deposition Exhibit 1004, comprising pages from the Office of Compliance Inspection and

Examinations' Super Tracking and Reporting System ("STARS") (SEC-EXAM-E-0013034 to SEC-EXAM-E-0013052). *See* Gould Dep. at 42, 61-73.

8. Attached as **Exhibit 7** to this Declaration is a true and correct copy of Deposition Exhibit 1002, comprising an e-mail from Pavita Fleischer of the SEC to Randy Fillmore, dated March 28, 2006. *See* Gould Dep. at 24-26.

9. Attached as **Exhibit 8** to this Declaration is a true and correct copy of excerpts of Plaintiff's Fourth Amended and Supplemental Responses to Defendant Daifotis's First Set of Interrogatories.

10. Attached as **Exhibit 9** to this Declaration is a true and correct copy of Deposition Exhibit 1014, comprising a fax transmittal from Raul Sese of the SEC to Randy Fillmore, Charles Schwab Investment Management, Inc., dated May 24, 2006, and attached pages (SEC-EXAM-0009381 to SEC-EXAM-0009410). *See* Gould Dep. at 152-54.

11. Attached as **Exhibit 10** to this Declaration is a true and correct copy of excerpts of Defendant Kimon P. Daifotis' First Amended and Supplemental Objections and Responses to the Securities and Exchange Commission's First Set of Interrogatories.

12. Attached as **Exhibit 11** to this Declaration is a true and correct copy of excerpts of Defendant Kimon P. Daifotis' Second Amended and Supplemental Objections and Responses to the Securities and Exchange Commission's First Set of Interrogatories.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 3rd day of May 2012, in Washington, D.C.

/s/ *David Mendel*
David S. Mendel