DAVID B. BAYLESS (SBN 189235)
Email: dbayless@cov.com
TAMMY ALBARRÁN (SBN 215605)
Email: talbarran@cov.com
AILEEN WHEELER (SBN 223705)
Email: awheeler@cov.com
JOSHUA D. HURWIT (SBN 263108)
Email: jhurwit@cov.com
SAMANTHA J. CHOE (SBN 252002)
Email: schoe@cov.com
JOHN D. FREED (SBN 261518)
Email: jfreed@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Defendant Kimon P. Daifotis

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>KIMON P. DAIFOTIS and RANDALL MERK,<br><br>Defendants. | Civil Case No.: 11-cv-00137-WHA<br><br>**DECLARATION DAVID BAYLESS IN SUPPORT OF DEFENDANT KIMON P. DAIFOTIS' MOTION FOR SUMMARY JUDGMENT**<br><br>Date: June 7, 2012<br>Time: 2:00 p.m.<br>Judge: Hon. William H. Alsup<br>Courtroom: 8 |

I, DAVID BAYLESS, hereby declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the San Francisco office of Covington & Burling LLP, counsel of record for Defendant Kimon P. Daifotis ("Mr. Daifotis") in this case. I submit this Declaration in Support of Mr. Daifotis' Motion for Summary Judgment. I make this Declaration based on personal knowledge, except where otherwise indicated and, if called as a witness, could and would testify thereto.

2. Attached hereto as **Exhibit 1** to this Declaration is a true and correct copy of Schedule 1 (revised 3/14/2012) to the Plaintiff's Third Amended and Supplemental Responses to Defendant Daifotis' First Set of Interrogatories.

3. Attached hereto as **Exhibit 2** to this Declaration is a true and correct copy of Schedule 1 (revised 2/9/2012) to Plaintiff's First Amended and Supplemental Responses to Defendant Daifotis' First Set of Interrogatories.

4. Attached hereto as **Exhibit 3** to this Declaration is a true and correct copy of Schedule 1 to Plaintiff's Response to Defendant Daifotis' First Set of Interrogatories.

5. Attached hereto as **Exhibit 4** to this Declaration is a true and correct copy of Schedule 2 (revised 2/9/2012) to Plaintiff's First Amended and Supplemental Responses to Defendant Daifotis' First Set of Interrogatories.

6. Attached hereto as **Exhibit 5** to this Declaration is a true and correct copy of Schedule 2 to Plaintiff's Response to Defendant Daifotis' First Set of Interrogatories.

7. Attached hereto as **Exhibit 6** to this Declaration is a true and correct copy of Plaintiff's Fourth Amended and Supplemental Responses to Defendant Daifotis' First Set of Interrogatories.

8. Attached hereto as **Exhibit 7** to this Declaration is a true and correct copy of Plaintiff's Third Amended and Supplemental Responses to Defendant Daifotis' First Set of Interrogatories.

9. Attached hereto as **Exhibit 8** to this Declaration is a true and correct copy of Plaintiff's First Amended and Supplemental Response to Defendant Daifotis' Fourth Set of Interrogatories.

10. Attached hereto as **Exhibit 9** to this Declaration is a true and correct copy of the document bates labeled SEC-FINRA_AD-0000696, marked as deposition exhibit 21 by the SEC and identified in Row 9 of the SEC's Schedule 1 (revised 3/14/2012).

11. Attached hereto as **Exhibit 10** to this Declaration is a true and correct copy of excerpts from the deposition of Kimon Daifotis, taken at the San Francisco office of the Securities and Exchange Commission on February 14 and 15, 2012.

12. Attached hereto as **Exhibit 11** to this Declaration is a true and correct copy of excerpts from the deposition of Keith Maddock, taken at the San Francisco office of Covington & Burling LLP on February 23 and 24, 2012.

13. Attached hereto as **Exhibit 12** to this Declaration is a true and correct copy of the document bates labeled SCH2003958-959, marked as deposition exhibit 31 by the SEC and identified in Row 11 of the SEC's Schedule 1 (revised 3/14/2012).

14. Attached hereto as **Exhibit 13** to this Declaration is a true and correct copy of excerpts from the deposition of Tina Ritko, taken at the San Francisco office of Covington & Burling LLP on February 27 and 28, 2012.

15. Attached hereto as **Exhibit 14** to this Declaration is a true and correct copy of the document bates labeled SCH2003953-976, marked as deposition exhibit 101-1 through 101-24 by the SEC.

16. Attached hereto as **Exhibit 15** to this Declaration is a true and correct copy of excerpts from the deposition of Jennifer Hafner, taken at the San Francisco office of the Securities and Exchange Commission on March 9, 2012.

17. Attached hereto as **Exhibit 16** to this Declaration is a true and correct copy of the document bates labeled SCH20202292 and KPD-002793, marked as deposition exhibit 2 by the SEC and identified in Row 13 of the SEC's Schedule 1 (revised 3/14/2012).

18. Attached hereto as **Exhibit 17** to this Declaration is a true and correct copy of the document bates labeled SCH2004277, marked as deposition exhibit 1 by the SEC and identified in Row 34 of the SEC's Schedule 1 (revised 3/14/2012).

19. Attached hereto as **Exhibit 18** to this Declaration is a true and correct copy of the document bates labeled SCH-CT0002045-2061, identified in Row 5 of the SEC's Schedule 1 (revised 3/14/2012).

20. Attached hereto as **Exhibit 19** to this Declaration is a true and correct copy of the document bates labeled SEC-FINRA_AD-0000463-502, identified in Row 5 of the SEC's Schedule 1 (revised 3/14/2012).

21. Attached hereto as **Exhibit 20** to this Declaration is a true and correct copy of the document bates labeled SEC-FINRA_AD-0000381-398, identified in Row 5 of the SEC's Schedule 1 (revised 3/14/2012).

22. Attached hereto as **Exhibit 21** to this Declaration is a true and correct copy of the document bates labeled SEC-FINRA_AD-0000107-151, identified in Rows 5 and 6 of the SEC's Schedule 1 (revised 3/14/2012).

23. Attached hereto as **Exhibit 22** to this Declaration is a true and correct copy of excerpts from the deposition of Koji Felton, taken at the San Francisco office of Covington & Burling LLP on March 27, 2012.

24. Attached hereto as **Exhibit 23** to this Declaration is a true and correct copy of SCH_16728704-714, marked as deposition exhibit 421 by the SEC.

25. Attached hereto as **Exhibit 24** to this Declaration is a true and correct copy of excerpts from the deposition of Eric Carlson, taken at the San Francisco office of the Securities and Exchange Commission on February 8, 2012.

26. Attached hereto as **Exhibit 25** to this Declaration is a true and correct copy of the document bates labeled SEC-EXAM-0018702, marked as deposition exhibit 1008 by the Defendant, authenticated at the deposition of Steven Greenwell at 101:21-102:4.

27. Attached hereto as **Exhibit 26** to this Declaration is a true and correct copy of the document bates labeled SEC-EXAM-E-0001139, marked as deposition exhibit 1011 by the Defendant, authenticated at the deposition of Erica Gould at 139:15-140:9.

28. Attached hereto as **Exhibit 27** to this Declaration is a true and correct copy of an excerpt from *The Handbook of Fixed Income Securities* (Frank J. Fabozzi ed., 7th ed. 2005).

29. Attached hereto as **Exhibit 28** to this Declaration is a true and correct copy of an excerpt from Frank J. Fabozzi, *Fixed Income Securities* (2d ed. 2002).

30. Attached hereto as **Exhibit 29** to this Declaration is a true and correct copy of excerpts from *The Handbook of Mortgage Backed Securities* (Frank J. Fabozzi ed., 6th ed. 2006).

31. Attached hereto as **Exhibit 30** to this Declaration is a true and correct copy of excerpts from the Federal Reserve Bank of San Francisco's 2007 Annual Report, "The Subprime Mortgage Market: National and Twelfth District Developments."

32. Attached hereto as **Exhibit 31** to this Declaration is a true and correct copy of excerpts from Frank J. Fabozzi, *Fixed Income Analysis* (2d ed. 2007).

33. Attached hereto as **Exhibit 32** to this Declaration is a true and correct copy of excerpts from Federal Reserve Bank of Philadelphia, Research Department, *Working Paper No. 11-30, Collateral Damage: Sizing and Assessing the Subprime CDO Crisis* (August 2011).

34. Attached hereto as **Exhibit 33** to this Declaration is a true and correct copy of the document bates labeled SCH_18145054-139, marked as deposition exhibit 1064 by the Defendant.

35. Attached hereto as **Exhibit 34** to this Declaration is a true and correct copy of the document bates labeled SCH2002984-992, marked as deposition exhibit 24 by the SEC.

36. Attached hereto as **Exhibit 35** to this Declaration is a true and correct copy of the document bates labeled SCH0000274-278, marked as deposition exhibit 28 by the SEC.

37. Attached hereto as **Exhibit 36** to this Declaration is a true and correct copy of the document bates labeled SCH0000133-169, marked as deposition exhibit 22 by the SEC.

38. Attached hereto as **Exhibit 37** to this Declaration is a true and correct copy of the document bates labeled SCH_14975756-757 and its parent email bates labeled SCH_14975754-755.

39. Attached hereto as **Exhibit 38** to this Declaration is a true and correct copy of excerpts from the deposition of Andrew Jenkins, taken at the San Francisco office of Covington & Burling LLP on February 7, 2012.

40. Attached hereto as **Exhibit 39** to this Declaration is a true and correct copy of Morningstar's Investing Glossary, http://www.morningstar.com/InvGlossary/morningstar_category.aspx (last visited April 14, 2012).

41. Attached hereto as **Exhibit 40** to this Declaration is a true and correct copy of excerpts from the deposition of Erica Gould, taken at the San Francisco office of Covington & Burling LLP on January 25, 2012.

42. Attached hereto as **Exhibit 41** to this Declaration is a true and correct copy of the document marked as deposition exhibit 1030 by the Defendant, authenticated at the deposition of Erica Gould at 257:22-259:4.

43. Attached hereto as **Exhibit 42** to this Declaration is a true and correct copy of Plaintiff's Response to Defendant Daifotis' First Set of Requests for Admission.

44. Attached hereto as **Exhibit 43** to this Declaration is a true and correct copy of Exhibit 26B to the Expert Report of Mark Grinblatt, PhD, dated April 13, 2012.

45. Attached hereto as **Exhibit 44** to this Declaration is a true and correct copy of the document bates labeled DAIF010307-308, marked as deposition exhibit 1022 by the Defendant and authenticated at the deposition of Andrew Jenkins at 29:23-31:20.

46. Attached hereto as **Exhibit 45** to this Declaration is a true and correct copy of an excerpt of a document bates labeled SCH_16148776-823 at SCH_16148776-784.

47. Attached hereto as **Exhibit 46** to this Declaration is a true and correct copy of an excerpt of a document bates labeled SCH_15402425-458 at SCH_1540428.

48. Attached hereto as **Exhibit 47** to this Declaration is a true and correct copy of the document bates labeled SCH2004665-667, marked as deposition exhibit 3 by the SEC.

49. Attached hereto as **Exhibit 48** to this Declaration is a true and correct copy of the document bates labeled SCH_16199707-714, marked as deposition exhibit 9 by the SEC.

50. Attached hereto as **Exhibit 49** to this Declaration is a true and correct copy of the document bates labeled SCH_16330794-800, marked as deposition exhibit 15 by the SEC.

51. Attached hereto as **Exhibit 50** to this Declaration is a true and correct copy of the document bates labeled SCH1782333-349, marked as deposition exhibit 16 by the SEC.

52. Attached hereto as **Exhibit 51** to this Declaration is a true and correct copy of excerpts from the investigative testimony of Randall Merk, taken at the San Francisco office of the Securities and Exchange Commission on July 2, 2009, in connection with *In re Schwab YieldPlus Fund*, File No. HO-10858-A.

53. Attached hereto as **Exhibit 52** to this Declaration is a true and correct copy of the document bates labeled SCH0110618-619.

54. Attached hereto as **Exhibit 53** to this Declaration has been intentionally left blank.

55. Attached hereto as **Exhibit 54** to this Declaration is a true and correct copy of the document bates labeled SCH-FIN0003204 and SEC-FINRA_AD-0000277, marked as deposition exhibit 30 by the SEC and identified as Row 8 of the SEC's Schedule 1 (revised 03/14/2012).

56. Attached hereto as **Exhibit 55** to this Declaration is a true and correct copy of an excerpt of a document bates labeled SCH-TX06046347-444 at SCH-TX06046347 and SCH-TX06046385.

57. Attached hereto as **Exhibit 56** to this Declaration is a true and correct copy of an excerpt of a document bates labeled SCH-TX06046636-739 at SCH-TX06046636 and SCH-TX0604674.

58. Attached hereto as **Exhibit 57** to this Declaration is a true and correct copy of the document bates labeled SEC-EXAM-E-0001250, marked as deposition exhibit 1010 by the Defendant, authenticated at of the deposition of Koji Felton at 34:10-19.

59. Attached hereto as **Exhibit 58** to this Declaration is a true and correct copy of excerpts from the deposition of Steven Schantz, taken at the San Francisco office of Covington & Burling LLP on March 26, 2012.

60. Attached hereto as **Exhibit 59** to this Declaration is a true and correct copy of the excerpts from the deposition of Steven Greenwell, taken at the San Francisco office of the Securities and Exchange Commission on March 15, 2012.

61. Attached hereto as **Exhibit 60** to this Declaration is a true and correct copy of Defendant Daifotis' Fourth Set of Interrogatories to Plaintiff.

62. Attached hereto as **Exhibit 61** to this Declaration is a true and correct copy of Plaintiff's Response to Defendant Daifotis' First Set of Interrogatories to Plaintiff.

63. Attached hereto as **Exhibit 62** to this Declaration is a true and correct copy of Defendant Daifotis' First Set of Interrogatories to Plaintiff.

64. Attached hereto as **Exhibit 63** to this Declaration is a true and correct copy of a transcript of a conference call held on August 14, 2007 produced by the SEC on March 7, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California, on May 3, 2012.

Dated: May 3, 2012

COVINGTON & BURLING LLP

By: */s/ David B. Bayless*
DAVID B. BAYLESS

Attorneys for Defendant KIMON P. DAIFOTIS