# EXHIBIT 28

# Fixed Income Securities

## Second Edition

Frank J. Fabozzi, Ph.D., CFA

JOHN WILEY & SONS

**To my wife, Donna,**
**and my children, Karly, Patricia, and Francesco**

Copyright © 2002 by Frank J. Fabozzi. All rights reserved.

Published by John Wiley & Sons, Inc.
Published simultaneously in Canada.

No part of this publication may be reproduced, stored in a retrieval system or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, scanning or otherwise, except as permitted under Sections 107 or 108 of the 1976 United States Copyright Act, without either the prior written permission of the Publisher, or authorization through payment of the appropriate per-copy fee to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, (978) 750-8400, fax (978) 750-4744. Requests to the Publisher for permission should be addressed to the Permissions Department, John Wiley & Sons, Inc., 605 Third Avenue, New York, NY 10158-0012, (212) 850-6011, fax (212) 850-6008, E-Mail: PERMREQ@WILEY.COM.

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering professional services. If professional advice or other expert assistance is required, the services of a competent professional person should be sought.

ISBN: 0-471-21830-8

Printed in the United States of America.

10 9 8 7 6 5 4 3 2 1

4. The applicant fails to provide full documentation as required by the agency.

There are alternative lending programs for borrowers seeking nonconforming loans for any of the aforementioned reasons.

A mortgage loan that is nonconforming merely because the mortgage balance exceeds the maximum permitted by the agency guideline is called a *jumbo loan.*

With respect to the characteristics of the borrower, a loan may fail to qualify because the borrower's credit history does not meet the underwriting standards or the payment-to-income (PTI) ratio exceeds the maximum permitted. Borrowers who do satisfy the underwriting standards with respect to borrower characteristics are referred to as *A credit borrowers* or *prime borrowers. Alternative A loans* (Alt-A loans) are made to borrowers whose qualifying mortgage characteristics do not conform to the underwriting criteria established by the agencies but whose borrower characteristics do. For instance, the borrower may be self-employed and may not be able to provide all the necessary documentation for income verification. In such respects, Alt-A loans allow reduced or alternate forms of documentation to qualify for the loan. An Alt-A loan borrower, however, should not be confused with borrowers with blemished credits (discussed next). The typical Alt-A borrower will have an excellent credit rating—referred to as an "A" rating, and hence the loan is referred to as an Alt-A loan—which is especially important to the originator since the credit quality of the borrower must compensate for the lack of other necessary documentation. What is appealing to borrowers about the Alt-A program is the flexibility that the program offers in terms of documentation, and borrowers are willing to pay a premium for the privilege. Typically, rates on Alt-A loans range between 75 to 125 basis points above the rate on otherwise comparable standard mortgage rates.

*B and C borrowers* or *subprime borrowers* are borrowers who fail to satisfy the underwriting standards of the agencies because of borrower characteristics. These characteristics include credit history and maximum PTI. Borrowers who apply for subprime loans vary from those who have or had credit problems due to difficulties in repayment of debt brought on by an adverse event, such as job loss or medical emergencies, to those that continue to mismanage their debt and finances. The distinguishing feature of a subprime mortgage is that the potential universe of subprime mortgagors can be divided into various risk grades, ranging from B through D. The risk gradation is a function of past credit history and the magnitude of credit blemishes existing in the history. (The loans are actually scaled by originators from B to D. Every originator establishes its own profiles for classifying a loan into a risk category.) Additionally, some of the higher grades in this loan category have also been labeled as "fallen angels" to indicate the fact that the creditworthiness of such borrowers was hampered by a life event, such as job loss or illness. Since such borrowers tend to pose greater credit risk, subprime mortgages command a pricing premium over standard mortgages.