United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE
COMMISSION,

        Plaintiff,

  v.

KIMON P. DAIFOTIS and
RANDALL MERK,

        Defendants.

                           /

No. C 11-00137 WHA

**ORDER RE DECLARATION
OF DAVID BAYLESS**

Chambers today received a declaration by David Bayless submitted by defendant Kimon

Daifotis, which is six and a half inches thick with 63 exhibits.  This is too heavy and bulky to be

lifted without a forklift, plus it falls apart when one tries to open it.  Attorney Bayless will please

come to the Court to retrieve the chamber's copy and break it up into three or four manageable

segments.  Please arrange a time to pick up the chamber's copy of the declaration with the

deputy clerk.


    **IT IS SO ORDERED.**


Dated:  May 4, 2012

                                 WILLIAM ALSUP
                                 UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28