IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>KIMON P. DAIFOTIS and RANDALL MERK,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　　／ | No. C 11-00137 WHA<br><br>**ORDER RE DECLARATION OF DAVID BAYLESS** |

　　　Chambers today received a declaration by David Bayless submitted by defendant Kimon Daifotis, which is six and a half inches thick with 63 exhibits. This is too heavy and bulky to be lifted without a forklift, plus it falls apart when one tries to open it. Attorney Bayless will please come to the Court to retrieve the chamber's copy and break it up into three or four manageable segments. Please arrange a time to pick up the chamber's copy of the declaration with the deputy clerk.

　　　**IT IS SO ORDERED.**

Dated: May 4, 2012

　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE