DAVID B. BAYLESS (SBN 189235)
Email: dbayless@cov.com
TAMMY ALBARRÁN (SBN 215605)
Email: talbarran@cov.com
AILEEN WHEELER (SBN 223705)
Email: awheeler@cov.com
JOSHUA D. HURWIT (SBN 263108)
Email: jhurwit@cov.com
SAMANTHA J. CHOE (SBN 252002)
Email: schoe@cov.com
JOHN D. FREED (SBN 261518)
Email: jfreed@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone:  415-591-6000
Facsimile:  415-591-6091

Attorneys for Defendant Kimon P. Daifotis

DAVID J. GOTTESMAN (Trial Counsel)
(Ill. Bar No. 6182719)
Email: gottesmand@sec.gov)
FREDERICK L. BLOCK
Email: blockf@sec.gov
DAVID S. MENDEL
Email: mendeld@sec.gov
ROBERT A. COHEN
Email: cohenr@sec.gov
MELISSA R. HODGMAN
Email: hodgmanm@sec.gov
SECURITIES & EXCHANGE
COMMISSION
100 F Street, N.E.
Washington, DC 20549-4030
Telephone:  (202) 551-4470 (Gottesman)
Facsimile:  (202) 772-9245 (Gottesman)

Attorneys for Plaintiff Securities and
Exchange Commission

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>KIMON P. DAIFOTIS,<br><br>　　　　　　　　Defendants. | Civil Case No.: 11-cv-00137-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE WITHDRAWAL OF CERTAIN OF DEFENDANT'S AFFIRMATIVE DEFENSES AND WITHDRAWAL OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**<br><br>**Trial Date:　July 9, 2012**<br>**Judge:　　　Hon. William H. Alsup**<br>**Courtroom:　8** |

STIPULATION AND [PROPOSED] ORDER RE
WITHDRAWAL OF CERTAIN OF DEFENDANT'S
AFFIRMATIVE DEFENSES AND WITHDRAWAL OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
Civil Case No.: 11-cv-00137-WHA

1     WHEREAS, on October 27, 2011, Defendant Kimon P. Daifotis ("Daifotis")
2 filed an Answer to Plaintiff Securities and Exchange Commission's ("SEC") First Amended
3 Complaint (Dkt. No. 99);
4     WHEREAS, Mr. Daifotis's Affirmative Defenses included Waiver and Estoppel
5 (Fifth Affirmative Defense); Ratification and Laches (Sixth Affirmative Defense); and Statute
6 of Limitations (Seventh Affirmative Defense);
7     WHEREAS, on May 3, 2012, the SEC filed its Motion For Summary Judgment
8 As To Fifth And Sixth Affirmative Defenses And For Partial Summary Judgment As To
9 Seventh Affirmative Defense ("Motion") (Dkt. No. 117);
10     WHEREAS, after having met and conferred, the parties agree to resolve the
11 issues raised in the Motion without adjudication by the Court, thereby preserving judicial
12 resources;
13     THE PARTIES HEREBY STIPULATE AND AGREE:
14     1.     Mr. Daifotis shall withdraw his Fifth and Sixth Affirmative Defenses.
15     2.     Mr. Daifotis shall withdraw his Seventh Affirmative Defense with respect
16 to all conduct after January 11, 2006.
17     3.     The SEC shall withdraw the Motion in its entirety.
18     4.     With respect to the Seventh Affirmative Defense, Mr. Daifotis will not
19 rely on any statute of limitations in making any argument during the liability phase of the trial,
20 and will not seek to exclude any evidence based on any statute of limitations. Mr. Daifotis will
21 not argue during the liability or in any other phase of the case that any statute of limitations
22 precludes liability for any act or omission, regardless of when it occurred.
23     5.     With respect to the Seventh Affirmative Defense, the SEC reserves its
24 right to argue that the statute of limitations does not apply to any actions or omissions by Mr.
25 Daifotis for which the SEC seeks relief in this case, regardless of when such actions or
26 omissions occurred. Thus, the SEC reserves its right to assert that any and all relief sought by

27
28  STIPULATION AND [PROPOSED] ORDER RE          1
    WITHDRAWAL OF CERTAIN OF DEFENDANT'S
    AFFIRMATIVE DEFENSES AND WITHDRAWAL OF
    PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
    Civil Case No.: 11-cv-00137-WHA

the SEC in this case, including, but not limited to, injunctive relief, disgorgement, and civil penalties, may be based upon conduct on, before or after January 11, 2006 if Mr. Daifotis is found liable for such conduct.

6. With respect to the Seventh Affirmative Defense, Mr. Daifotis reserves his right to argue that the remedies of injunctive relief, disgorgement, and civil penalties are barred by the statute of limitations even if the SEC can establish at trial that Mr. Daifotis is liable for conduct occurring prior to January 11, 2006.

IT IS SO STIPULATED.

DATED: May 14, 2012    COVINGTON & BURLING LLP

By: */s/ Tammy Albarrán*
TAMMY ALBARRÁN

Attorneys for Defendant KIMON P. DAIFOTIS


DATED: May 14, 2012    U.S. SECURITIES & EXCHANGE COMMISSION

By: */s/ Frederick L. Block*
FREDERICK L. BLOCK

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

STIPULATION AND [PROPOSED] ORDER RE WITHDRAWAL OF CERTAIN OF DEFENDANT'S AFFIRMATIVE DEFENSES AND WITHDRAWAL OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
Civil Case No.: 11-cv-00137-WHA

2

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

                                                    The Honorable William H. Alsup
                                                    United States District Judge

STIPULATION AND [PROPOSED] ORDER RE
WITHDRAWAL OF CERTAIN OF DEFENDANT'S
AFFIRMATIVE DEFENSES AND WITHDRAWAL OF
PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
Civil Case No.: 11-cv-00137-WHA

3