DAVID B. BAYLESS (SBN 189235)
Email: dbayless@cov.com
TAMMY ALBARRÁN (SBN 215605)
Email: talbarran@cov.com
AILEEN WHEELER (SBN 223705)
Email: awheeler@cov.com
JOSHUA D. HURWIT (SBN 263108)
Email: jhurwit@cov.com
SAMANTHA J. CHOE (SBN 252002)
Email: schoe@cov.com
JOHN D. FREED (SBN 261518)
Email: jfreed@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Defendant Kimon P. Daifotis

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>KIMON P. DAIFOTIS and RANDALL MERK,<br><br>Defendants. | Civil Case No.: 11-cv-00137-WHA<br><br>**DECLARATION JOHN D. FREED IN SUPPORT OF MOTION TO EXCLUDE TESTIMONY OF H. GIFFORD FONG**<br><br>**Date: June 18, 2012**<br>**Time: 2:00 p.m.**<br>**Judge: Hon. William H. Alsup**<br>**Courtroom: 8** |

I, JOHN D. FREED, hereby declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am an attorney in the San Francisco office of Covington & Burling LLP, counsel of record for Defendant Kimon P. Daifotis ("Mr. Daifotis") in this case. I submit this Declaration in Support of Mr. Daifotis's Motion to Exclude Testimony of H. Gifford Fong. I make this Declaration based on personal knowledge, except where otherwise indicated and, if called as a witness, could and would testify thereto.

2. Attached hereto as **Exhibit 1** to this Declaration is a true and correct copy of the Expert Report of H. Gifford Fong, dated March 30, 2012.

3. Attached hereto as **Exhibit 2** to this Declaration is a true and correct copy of the Opposition Report of H. Gifford Fong to Report of Marco Adelfio, dated April 13, 2012.

4. Attached hereto as **Exhibit 3** to this Declaration is a true and correct copy of the Reply Report of H. Gifford Fong to Report of Mark Grinblatt, dated April 20, 2012.

5. Attached hereto as **Exhibit 4** to this Declaration is a true and correct copy of the Reply Report of H. Gifford Fong to Report of John Richard, dated April 20, 2012.

6. Attached hereto as **Exhibit 5** to this Declaration is a true and correct copy of the Reply Report of H. Gifford Fong to Report of Charles R. Lundelius, dated April 20, 2012.

7. Attached hereto as **Exhibit 6** to this Declaration is a true and correct copy of excerpts from the transcript of the deposition of H. Gifford Fong, taken in this matter on May 8, 2012 in San Francisco, CA.

8. Attached hereto as **Exhibit 7** to this Declaration is a true and correct copy of a letter from David J. Gottesman, counsel for the SEC, to David Bayless, counsel for Mr. Daifotis, dated April 5, 2012

9. Attached hereto as **Exhibit 8** to this Declaration is a true and correct copy of the Prospectus for the Schwab Bond Funds, dated November 15, 2006, produced by Schwab to the SEC on or around April 14, 2009, and then by the SEC to Mr. Daifotis on or around April 13, 2011, and bearing bates number SCH_16148776-823.

10. Attached hereto as **Exhibit 9** to this Declaration is a true and correct copy of the Expert Report of Charles R. Lundelius, Jr., dated April 13, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California, on May 14, 2012.

Dated: May 14, 2012

COVINGTON & BURLING LLP

By: *<u>/s/ John D. Freed</u>*
JOHN D. FREED

Attorneys for Defendant KIMON P. DAIFOTIS