IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KIMON P. DAIFOTIS,

    Defendant.

No. C 11-00137 WHA

**ORDER DENYING PLAINTIFF'S MOTIONS TO FILE UNDER SEAL (Dkt. Nos. 116 & 118)**

    Plaintiff SEC moves to file under seal information contained in its motions for summary judgment and partial summary judgment. Plaintiff has withdrawn both motions and therefore, the motion is **DENIED AS MOOT**.

    Plaintiff also moves to file under seal certain information contained in its motion to exclude opinions in the expert report of Charles R. Lundelius (Dkt. No. 118). Exhibits 2, 4, 5 and 8 of the Block declaration in support of plaintiff's motion to exclude have been designated as confidential by non-parties Charles Schwab & Co., Charles Schwab Investment Management, and/or Schwab Investments (collectively "Schwab"). Defendant Kimon P. Daifotis has designated Exhibit 1 of the Block declaration as confidential. Pursuant to Local Rule 79-5(d), a declaration must be filed by the party who designated the information as confidential — in this instance, defendant Daifotis and non-parties Schwab. No such declaration has been filed. As the designating parties, they bear the burden of showing good cause to seal. They have not done so.

Therefore, plaintiff's motion is **DENIED** as to these exhibits and the redacted portions of plaintiff's motion which reference these exhibits. Exhibits 1, 2, 4, 5 and 8 to the Block declaration in support of plaintiff's motion to exclude opinions in the expert report of Charles R. Lundelius and the redacted portions of plaintiff's motion to exclude which reference these exhibits shall be filed in public view.

**IT IS SO ORDERED.**

Dated: May 16, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2