DAVID B. BAYLESS (SBN 189235)
Email: dbayless@cov.com
TAMMY ALBARRÁN (SBN 215605)
Email: talbarran@cov.com
AILEEN WHEELER (SBN 223705)
Email: awheeler@cov.com
JOSHUA D. HURWIT (SBN 263108)
Email: jhurwit@cov.com
SAMANTHA J. CHOE (SBN 252002)
Email: schoe@cov.com
JOHN D. FREED (SBN 261518)
Email: jfreed@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Defendant Kimon P. Daifotis

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br><br>Plaintiff,<br><br>v.<br><br>KIMON P. DAIFOTIS and RANDALL MERK,<br><br>Defendants. | Civil Case No.: 11-cv-00137-WHA<br><br>**DECLARATION OF TAMMY ALBARRÁN IN SUPPORT OF DEFENDANT KIMON P. DAIFOTIS'S OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE OPINIONS IN THE EXPERT REPORT OF CHARLES R. LUNDELIUS**<br><br>Date: June 7, 2012<br>Time: 2:00 p.m.<br>Judge: Hon. William H. Alsup<br>Courtroom: 8 |

I, TAMMY ALBARRÁN, hereby declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am a partner in the San Francisco office of Covington & Burling LLP, counsel of record for Defendant Kimon P. Daifotis ("Mr. Daifotis") in this case. I submit this Declaration in Support of Mr. Daifotis' Opposition to Plaintiff's Motion to Exclude Opinions in the Expert Report of Charles R. Lundelius. I make this Declaration based on personal knowledge, except where otherwise indicated and, if called as a witness, could and would testify thereto.

2. Attached hereto as **Exhibit 1** to this Declaration is a true and correct copy of excerpts from the deposition of Charles R. Lundelius, taken at the Washington, D.C. office of the Securities and Exchange Commission on April 25, 2012.

3. Attached hereto as **Exhibit 2** to this Declaration is a true and correct copy of excerpts from the deposition of Jennifer Hafner, taken at the San Francisco office of the Securities and Exchange Commission on March 9, 2012.

4. Attached hereto as **Exhibit 3** to this Declaration is a true and correct copy of excerpts from the deposition of Steven Schantz, taken at the San Francisco office of Covington & Burlng LLP on March 23, 2012.

5. Attached hereto as **Exhibit 4** to this Declaration is a true and correct copy of excerpts from the deposition of Tina Ritko, taken at the San Francisco office of Covington & Burling LLP on February 27 and 28, 2012.

6. Attached hereto as **Exhibit 5** to this Declaration is a true and correct copy of excerpts from the deposition of Keith Maddock, taken at the San Francisco office of Covington & Burling LLP on February 23 and 24, 2012.

7. Attached hereto as **Exhibit 6** to this Declaration is a true and correct copy of excerpts from the deposition of Koji Felton, taken at the San Francisco office of Covington & Burling LLP on March 27, 2012.

8. Attached hereto as **Exhibit 7** to this Declaration is a true and correct copy of excerpts from the deposition of Eric Carlson, taken at the San Francisco office of the Securities and Exchange Commission on February 8, 2012.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California, on May 17, 2012.

Dated: May 17, 2012

COVINGTON & BURLING LLP

By: */s/ Tammy Albarrán*
TAMMY ALBARRÁN

Attorneys for Defendant KIMON P. DAIFOTIS