David J. Gottesman (Trial Counsel) (Illinois Bar No. 6182719)
(gottesmand@sec.gov)
Frederick L. Block (blockf@sec.gov)
David Mendel (mendeld@sec.gov)
Robert A. Cohen (cohenr@sec.gov)
Melissa R. Hodgman (hodgmanm@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4030
Telephone: (202) 551-4470 (Gottesman)
Facsimile: (202) 772-9245 (Gottesman)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>Plaintiff,<br>vs.<br>KIMON P. DAIFOTIS and RANDALL MERK,<br>Defendants. | Case No. CV-11-0137 WHA<br><br>DECLARATION OF MELISSA R. HODGMAN |

**DECLARATION OF MELISSA R. HODGMAN**

MELISSA R. HODGMAN hereby declares:

1. I am one of the attorneys representing the United States Securities and Exchange Commission in this case. I provide this declaration in support of the Plaintiff SEC's Opposition to Defendant Daifotis's Motion for Summary Judgment. I have personal

knowledge of the matters stated herein except where otherwise indicated and I would be competent to testify thereto if called as a witness at trial.

2. Attached hereto as Summary Judgment Exhibit ("S/J Ex.") 2 is a genuine and authentic copy of Plaintiff's Fourth Amended and Supplemental Responses to Defendant Daifotis's First Set of Interrogatories, that were served by the SEC on April 4, 2012.

3. Attached hereto as S/J Ex. 3 is a genuine and authentic copy of excerpts from the deposition of Marco E. Adelfio taken on April 24, 2012 in Washington, D.C.

4. Attached hereto as S/J Ex. 4 is a genuine and authentic copy of excerpts from the deposition of Kimon P. Daifotis taken on February 14, 2012 in San Francisco, California.

5. Attached hereto as S/J Ex. 5 is a genuine and authentic copy of excerpts from the deposition of Erica R. Gould taken on January 25, 2012 in San Francisco, California.

6. Attached hereto as S/J Ex. 6 is a genuine and authentic copy of excerpts from the deposition of Jennifer Hafner taken on March 9, 2012 in San Francisco, California.

7. Attached hereto as S/J Ex. 7 is a genuine and authentic copy of excerpts from the deposition of Andrea Halko taken on March 26, 2012 in San Francisco, California.

8. Attached hereto as S/J Ex. 8 is a genuine and authentic copy of excerpts from the investigative testimony of Matthew Hastings taken on August 27, 2009 in San Francisco, California.

9. Attached hereto as S/J Ex. 9 is a genuine and authentic copy of excerpts from the deposition of Keith Maddock taken on February 23, 2012 in San Francisco, California.

10. Attached hereto as S/J Ex. 10 is a genuine and authentic copy of excerpts from the deposition of Joseph Minarik taken on March 13, 2012 in Chicago, Illinois.

11. Attached hereto as S/J Ex. 11 is a genuine and authentic copy of excerpts from the deposition of Tina Marie Ritko taken on February 27, 2012 in San Francisco, California.

12. Attached hereto as S/J Ex. 12 is a genuine and authentic copy of excerpts from the deposition of Steven Schantz taken on March 23, 2012 in San Francisco, California.

13. Attached hereto as S/J Ex. 13 is a genuine and authentic copy of a document Bates numbered SCH20202292, that was produced to the SEC by Charles Schwab Investment Management, Charles Schwab & Co. and Schwab Investments (together "Schwab"), and a genuine and authentic copy of a document Bates numbered KPD-002793, that was produced by Defendant, Kimon Daifotis.

14. Attached hereto as S/J Ex. 14 is a genuine and authentic copy of documents Bates numbered SCH2004665 through SCH2004667, that were produced by Schwab to the SEC.

15. Attached hereto as S/J Ex. 15 is a genuine and authentic copy of documents Bates numbered SCH_16330794 through SCH_16330800, that were produced by Schwab to the SEC.

16. Attached hereto as S/J Ex. 16 is a genuine and authentic copy of documents Bates numbered SCH2001598 through SCH2001628, that were produced by Schwab to the SEC.

17. Attached hereto as S/J Ex. 17 is a genuine and authentic copy of documents Bates numbered SCH2001579 through SCH2001586, that were produced by Schwab to the SEC.

18. Attached hereto as S/J Ex. 18 is a genuine and authentic copy of documents Bates numbered SCH_15333868 through SCH_15333914, that were produced by Schwab to the SEC.

19. Attached hereto as S/J Ex. 19 is a genuine and authentic copy of documents Bates numbered SCH0000133 through SCH0000169, that were produced by Schwab to the SEC.

20. Attached hereto as S/J Ex. 20 is a genuine and authentic copy of documents Bates numbered SCH2002949 through SCH2002958, that were produced by Schwab to the SEC.

21. Attached hereto as S/J Ex. 21 is a genuine and authentic copy of documents Bates numbered SCH0008270 through SCH0008291, that were produced by Schwab to the SEC.

22. Attached hereto as S/J Ex. 22 is a genuine and authentic copy of documents Bates numbered SEC-FINRA_AD-0000167 through SEC-FINRA_AD-0000172, that were produced by the Financial Industry Regulatory Authority ("FINRA") to the SEC.

23. Attached hereto as S/J Ex. 23 is a genuine and authentic copy of documents Bates numbered SCH0000274 through SCH0000278, that were produced by Schwab to the SEC.

24. Attached hereto as S/J Ex. 24 is a genuine and authentic copy of a document Bates numbered SEC-FINRA_AD-0000277, that was produced by FINRA to the SEC.

25. Attached hereto as S/J Ex. 25 is a genuine and authentic copy of documents Bates numbered SCH2003958 through SCH2003959, that were produced by Schwab to the SEC.

26. Attached hereto as S/J Ex. 26 is a genuine and authentic copy of documents Bates numbered SCH1758522 through SCH1758745, that were produced by Schwab to the SEC.

27. Attached hereto as S/J Ex. 27 is a genuine and authentic copy of documents Bates numbered SCH_15333867 through SCH_15333914, that were produced by Schwab to the SEC.

28. Attached hereto as S/J Ex. 28 is a genuine and authentic copy of documents Bates numbered SCH_16020096 through SCH_16020146, that were produced by Schwab to the SEC.

29. Attached hereto as S/J Ex. 29 is a genuine and authentic copy of documents Bates numbered SCH2951427 through SCH2951429, that were produced by Schwab to the SEC.

30. Attached hereto as S/J Ex. 30 is a genuine and authentic copy of documents Bates numbered SCH_17047331 through SCH17047340, that were produced by Schwab to the SEC.

31. Attached hereto as S/J Ex. 31 is a genuine and authentic copy of documents Bates numbered SCH_16098621 through SCH_19098623, that were produced by Schwab to the SEC.

32. Attached hereto as S/J Ex. 32 is a genuine and authentic copy of a transcription of an August 21, 2007 recorded telephone conversation between Dr. Mallet, a Schwab investor, and Joseph Minarik, a Schwab employee. The transcription is based on a recorded telephone conversation that was produced by Schwab to the SEC.

33. Attached hereto as S/J Ex. 33 is a genuine and authentic copy of documents Bates numbered SCH0006615 through SCH0006630, that were produced by Schwab to the SEC.

34. Attached hereto as S/J Ex. 34 is a genuine and authentic copy of an article entitled "'Liar Loans': Mortgage Woes Beyond Subprime" that appeared on CNNMoney.com on March 19, 2007, and which was printed out by SEC staff on February 18, 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 17th day of May 2012 in Washington, D.C.

Melissa R. Hodgman