IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>KIMON P. DAIFOTIS,<br><br>    Defendant.<br>_____/ | No. C 11-00137 WHA<br><br>**ORDER GRANTING IN PART DEFENDANT'S MOTION TO FILE UNDER SEAL**<br>**(Dkt. No. 135)** |

      Defendant Kimon P. Daifotis moves to file under seal portions of Exhibits A and D to the declaration of Aileen Wheeler in support of defendant's motion to exclude the reports and testimony of Mark Zmijewski. Defendant designated the relevant information as confidential pursuant to the protective order entered in this action. In compliance with the local rules, defendant has submitted a declaration in support of his administrative motion to seal Exhibits A and D (Dkt. No. 136). Defendant seeks to file under seal specified portions of the following portions of Exhibit A: Paragraphs 52–63, Exhibits V-1 through V-4, and Appendices II–III. Defendant seeks to file under seal specified portions of the following portions of Exhibit D: page seven and Paragraphs six and 45. These portions of the exhibits contain defendant's private and sensitive compensation and income information. Therefore, defendant's motion to seal the above-referenced portions of Exhibits A and D is **GRANTED**.

      Defendant also moves to file under seal Exhibits E and F to the above-stated declaration, as they have been designated as confidential by non-parties Charles Schwab & Co., Charles

Schwab Investment Management, and/or Schwab Investments (collectively "Schwab"). No declaration in support of defendant's motion to seal these exhibits has been filed. Therefore, defendant's motion to file under seal Exhibits E and F is **DENIED**. Exhibits E and F shall be filed in public view.

**IT IS SO ORDERED.**

Dated: May 28, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE