DAVID B. BAYLESS (SBN 189235)
Email: dbayless@cov.com
TAMMY ALBARRÁN (SBN 215605)
Email: talbarran@cov.com
AILEEN WHEELER (SBN 223705)
Email: awheeler@cov.com
JOSHUA D. HURWIT (SBN 263108)
Email: jhurwit@cov.com
SAMANTHA J. CHOE (SBN 252002)
Email: schoe@cov.com
JOHN D. FREED (SBN 261518)
Email: jfreed@cov.com
COVINGTON & BURLING LLP
One Front Street, 35th Floor
San Francisco, CA 94111
Telephone: 415-591-6000
Facsimile: 415-591-6091

Attorneys for Defendant Kimon P. Daifotis

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SECURITIES AND EXCHANGE COMMISSION

Plaintiff,

v.

KIMON P. DAIFOTIS and RANDALL MERK,

Defendants.

Civil Case No.: 11-cv-00137-WHA

**DECLARATION OF AILEEN WHEELER IN SUPPORT OF DEFENDANT KIMON P. DAIFOTIS'S MOTION TO EXCLUDE THE REPORTS AND TESTIMONY OF MARK ZMIJEWSKI**

Date: June 18, 2012
Time: 2:00 p.m.
Judge: Hon. William H. Alsup
Courtroom: 8

I, Aileen Wheeler, hereby declare:

1. I am an attorney licensed to practice law in the State of California and am admitted to practice before this Court. I am associated with the San Francisco office of Covington & Burling LLP, counsel of record for Defendant Kimon P. Daifotis ("Mr. Daifotis") in this case. I submit this Declaration in Support of Mr. Daifotis's Motion to Exclude the Reports and Testimony of Mark Zmijewski. I make this Declaration based on personal knowledge, except where otherwise indicated and, if called as a witness, could and would testify thereto.

2. Attached hereto as **Exhibit A** to this Declaration is a true and correct copy of the Expert Report of Mark E. Zmijewski, dated March 30, 2012.

3. Attached hereto as **Exhibit B** to this Declaration is a true and correct copy of excerpts from the deposition of Mark E. Zmijewski, taken at the San Francisco office of Covington & Burling on April 30, 2012.

4. Attached hereto as **Exhibit C** to this Declaration is a true and correct copy of the *Barron*'s editorial "Roasting the Yield Pigs," published September 3, 2007.

5. Attached hereto as **Exhibit D** to this Declaration is a true and correct copy of the Reply Expert Report of Mark E. Zmijewski, dated April 20, 2012.

6. Attached hereto as **Exhibit E** to this Declaration is a true and correct copy of the Schwab transcript of the August 14, 2007 conference call.

7. Attached hereto as **Exhibit F** to this Declaration is a true and correct copy of the Schwab transcript of the August 16, 2007 conference call.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed at San Francisco, California, on May 14, 2012.

Dated: May 14, 2012

COVINGTON & BURLING LLP

By: */s/ Aileen Wheeler*
Aileen Wheeler

Attorneys for Defendant KIMON P. DAIFOTIS