David J. Gottesman (Trial Counsel) (Illinois Bar No. 6182719)
(gottesmand@sec.gov)
Frederick L. Block (blockf@sec.gov)
David S. Mendel (mendeld@sec.gov)
Robert A. Cohen (cohenr@sec.gov)
Melissa R. Hodgman (hodgmanm@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4030
Telephone: (202) 551-4470 (Gottesman)
Facsimile: (202) 772-9245 (Gottesman)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KIMON P. DAIFOTIS,<br><br>Defendants. | Case No. CV-11-0137 WHA<br><br>**DECLARATION OF DAVID S. MENDEL IN SUPPORT OF PLAINTIFF SEC'S MOTIONS IN LIMINE**<br><br>Prehearing Conf.: June 18, 2012<br>Time: 2:00 p.m.<br>Trial Date: July 9, 2012<br>Courtroom: 8, 19th Floor<br>Honorable William H. Alsup |

David S. Mendel, pursuant to 28 U.S.C. § 1746, declares and states as follows:

1. I am an Assistant Chief Litigation Counsel with the Division of Enforcement of the Securities and Exchange Commission ("SEC" or "Commission") in Washington, D.C., and I am one of counsel to the Commission in this proceeding. I make this declaration based on personal knowledge, except where otherwise indicated.

2. Attached as **Exhibit 1** to this Declaration is a true and correct copy of excerpts of the deposition testimony of Koji Felton.

3. Attached as **Exhibit 2** to this Declaration is a true and correct copy of excerpts of Defendant Kimon Daifotis's Answer to the First Amended Complaint (Dkt. No. 99).

4. Attached as **Exhibit 3** to this Declaration is a true and correct copy of excerpts of Defendant Kimon P. Daifotis' Second Amended and Supplemental Objections and Responses to the Securities and Exchange Commission's First Set of Interrogatories.

5. Attached as **Exhibit 4** to this Declaration is a true and correct copy of excerpts of the deposition testimony of Kimon P. Daifotis.

6. Attached as **Exhibit 5** to this Declaration is a true and correct copy of Order Re Waiver of Attorney-Client and Work Product Privileges (Dkt. No. 424), entered on or about February 23, 2010, in *In re Schwab Corp. Secs. Lit.*, No. 3:08-cv-01510-WHA, obtained via LexisNexis Courtlink.

7. Attached as **Exhibit 6** to this Declaration is a true and correct copy of Defendant Kimon P. Daifotis' Supplemental Briefing Pursuant to Court Order Entered February 25, 2010 (Dkt. No. 430), filed on or about March 1, 2010, in *In re Schwab Corp. Secs. Lit.*, No. 3:08-cv-01510-WHA, obtained via LexisNexis Courtlink.

8. Attached as **Exhibit 7** to this Declaration is a true and correct copy of Order Re Attorney-Client Privilege With Respect to Defendant Kimon Daifotis (Dkt. No. 612), entered on or about April 14, 2010, in *In re Schwab Corp. Secs. Lit.*, No. 3:08-cv-01510-WHA, obtained via LexisNexis Courtlink.

9. Attached as **Exhibit 8** to this Declaration is a true and correct copy of Deposition Exhibit 448, comprising the Declaration of David B. Bayless Pursuant to Court

Order Dated February 11, 2010, filed on or about February 22, 1010, in *In re Schwab Corp. Secs. Lit.*, No. 3:08-cv-01510-WHA.

10. **Attached as Exhibit 9** to this Declaration is a true and correct copy of documents produced by Schwab under the bates numbers SCH-YP0064836 to SCH-YP0064842.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 29th day of May 2012, in Washington, D.C.

*<u>/s/ David S. Mendel</u>*
David S. Mendel

**CERTIFICATE OF SERVICE**

The undersigned certifies, pursuant to 28 U.S.C. § 1746, that on May 29, 2012, he served a copy of the Declaration of David S. Mendel in Support of Plaintiff SEC's Motions in Limine, by sending a copy by email, which the parties agreed would be an acceptable means of service, to:

*Counsel for Defendant Kimon P. Daifotis:*
David P. Bayless
Covington & Burling LLP
One Front Street
San Francisco, CA 94111
Tel. 415-591-6000
Email: dbayless@cov.com

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 29, 2012.

*/s/ David S. Mendel*
David S. Mendel