IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 11-00137 WHA |
| Plaintiff, | |
| v. | **NOTICE REGARDING FINAL PRETRIAL CONFERENCE** |
| KIMON P. DAIFOTIS and RANDALL MERK, | |
| Defendants. | |

With respect to the "expert" testimony of Mr. Gifford Fong, it appears that counsel for the Commission is trying to do exactly what he accused the other side's expert of doing. The Commission will not be allowed to have it both ways. A large part of Mr. Fong's report will likely be excluded for the same reasons as with the defense report (Dkt. No. 169). This is not a final ruling but a notice to counsel that the Court questions whether this case is even trial ready. At the final pretrial conference, therefore, counsel must be prepared to address how to make this case trial ready.

One way would be to isolate a few, perhaps six to eight clear cut statements that were false and misleading (according to the Commission), leaving all other miscellaneous statements to one side. Then the experts on both sides could revamp their reports to focus solely on specialized facts that could help the jury do its job pertaining to those statements, leaving out all the legal conclusions and other abuses identified in the recent order (Dkt. No. 169). As matters

now stand, both sides are likely to go to trial in July with most of their expert reports excluded from evidence. Counsel must be prepared to solve this problem at the final pretrial conference.

Dated: June 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE