IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | No. C 11-00137 WHA |
| Plaintiff, | |
| v. | **ORDER REFERRING CASE FOR MEDIATION** |
| KIMON P. DAIFOTIS, | |
| Defendant. | |

    This case is referred to Magistrate Judge Joseph C. Spero for mediation. Counsel shall please make arrangements with Judge Spero's chambers for a mandatory settlement conference to take place sometime between the final pretrial conference, scheduled for June 18, 2012, and the commencement of trial on July 9. Counsel shall advise the Court at the final pretrial conference when the settlement conference will occur.

**IT IS SO ORDERED.**

Dated: June 14, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE