David J. Gottesman (Trial Counsel) (Illinois Bar No. 6182719)
(gottesmand@sec.gov)
Frederick L. Block (blockf@sec.gov)
David S. Mendel (mendeld@sec.gov)
Melissa R. Hodgman (hodgmanm@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4030
Telephone: (202) 551-4470 (Gottesman)
Facsimile: (202) 772-9245 (Gottesman)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>KIMON P. DAIFOTIS and RANDALL MERK,<br><br>Defendants. | Case No. CV-11-0137 WHA<br><br>STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE BECAUSE OF PENDING SETTLEMENT UNDER REVIEW |

1    This stipulation is entered into between Plaintiff United States Securities and
2 Exchange Commission ("SEC") and defendant Kimon P. Daifotis ("Daifotis").
3    WHEREAS, a final pretrial conference is set for June 18, 2012, and trial is set for
4 July 9, 2012.
5    WHEREAS, the parties engaged in a mediation session on Friday, June 8, 2012.
6    WHEREAS, yesterday evening, June 13, 2012, Daifotis submitted signed papers to
7 the SEC, reflecting a proposed settlement. Those papers include the specific terms of the
8 settlement proposal.
9    WHEREAS, the settlement would only be effective and ready for submission if and
10 when the Commissioners of the SEC approve the settlement, but that first involves a
11 deliberative process of review of the settlement offer by appropriate offices and divisions
12 within the SEC, and then presentation to the Commissioners for their decision. That process
13 could take several weeks.
14    WHEREAS, SEC counsel will recommend to the Commissioners of the SEC that
15 Daifotis's settlement proposal be accepted and approved.
16    WHEREAS, the parties believe that, in light of the foregoing, it would be wasteful of
17 the Court's and the parties' resources to move forward at this time with the June 18, 2012
18 pretrial conference, other preparation for trial, and the July 9, 2012 trial. Indeed, the parties
19 believe it would be counterproductive to continue litigating over issues that are part of a
20 settlement under review.
21    WHEREAS, earlier today, June 14, 2012, the Court entered an order referring this
22 matter to mediation before Magistrate Judge Spero. The parties believe that such further
23 mediation would not be necessary.

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, that the pretrial conference set for June 18, 2012, trial set for July 9, 2012, and all other due dates related to the trial, be continued pending further order of Court, and the order referring the case for mediation be vacated.

**IT IS SO STIPULATED.**

DATED: June 14, 2012          Respectfully submitted,

| ATTORNEYS FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANT KIMON P. DAIFOTIS: |
|---|---|
| ____/s/ David J. Gottesman_____<br>David J. Gottesman<br><br>SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, N.E.<br>Washington, DC 20549-4030<br>Telephone:  (202) 551-4470 (Gottesman)<br>Facsimile:  (202) 772-9245 (Gottesman) | _/s/ Tammy Albarran [signed by consent 6/14/2012]<br>David B. Bayless<br>Tammy Albarran<br>COVINGTON & BURLING  LLP<br>One Front Street<br>San Francisco, CA  94111<br>Telephone: (415) 591-6000<br>Facsimile:  (415) 591-6091 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2012.               _____
                                       WILLIAM H. ALSUP
                                       United States District Judge

2

**ATTESTATION OF E-FILED SIGNATURES**

I, David J. Gottesman, am the ECF User whose ID and password are being used to file this Stipulation and Proposed Order. I hereby attest, in compliance with General Order 45.X.B., that Tammy Albarran, counsel for defendant Kimon P. Daifotis, has concurred in this filing.

Dated:  June 14, 2012                    /s/ David J. Gottesman
                                        David J. Gottesman

3