IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KIMON P. DAIFOTIS,

    Defendant.

No. C 11-00137 WHA

**ORDER RE REQUEST TO CONTINUE PRETRIAL CONFERENCE AND TRIAL AND HOLDING REFERRAL TO MEDIATION IN ABEYANCE**

    The Court is in receipt of a stipulated request to continue the pretrial conference, trial, and all other dates related to trial, pending further Court order. This request is made in light of a recent proposed settlement signed and submitted by defendant Kimon P. Daifotis to the Commission for review. For the time being, the Court agrees that it would be wasteful to go forward with the pretrial conference and trial as scheduled. The pretrial conference date of June 18, 2012, and trial date of July 9 are hereby **VACATED**. Both dates will be reset later, if necessary.

    On Monday, **JUNE 18, 2012, AT 2 P.M.**, the time originally set for the pretrial conference, the Court will hold a telephonic conference with counsel to address the timetable and procedural questions raised by the proposed settlement agreement.

    Pending further developments, the referral of this matter to Magistrate Judge Joseph C. Spero for mediation is **HELD IN ABEYANCE**.

The parties shall call Katherine Young at (415) 522-3684 by **1 P.M. ON JUNE 18**, to provide a telephone number for the Court to call for the telephonic conference.

**IT IS SO ORDERED.**



Dated:  June 15, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2