David J. Gottesman (Trial Counsel) (Illinois Bar No. 6182719)
(gottesmand@sec.gov)
Frederick L. Block (blockf@sec.gov)
David S. Mendel (mendeld@sec.gov)
Melissa R. Hodgman (hodgmanm@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4030
Telephone:  (202) 551-4470 (Gottesman)
Facsimile:  (202) 772-9245 (Gottesman)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>             Plaintiff,<br><br>      vs.<br><br>KIMON P. DAIFOTIS and RANDALL MERK,<br><br>             Defendants. | Case No. CV-11-0137 WHA<br><br>STIPULATON AND [PROPOSED] ORDER REGARDING SETTLEMENT WITH DEFENDANT KIMON P. DAIFOTIS |

1    WHEREAS, Plaintiff U.S. Securities and Exchange Commission ("SEC") and
2 Defendant Kimon P. Daifotis ("Mr. Daifotis") have reached a settlement which resolves all
3 of the claims in this case;

4    WHEREAS, Mr. Daifotis has executed a Consent to the entry of a proposed Final
5 Judgment, and copies of the Consent and proposed Final Judgment are submitted with this
6 Stipulation;

7    WHEREAS, the parties request that the Court enter the proposed Final Judgment
8 submitted herewith;

9    WHEREAS, the case management conference set for July 18, 2012 appears
10 unnecessary in light of the settlement of this matter;

11    THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's
12 approval, that the proposed Final Judgment submitted herewith be entered, and that the case
13 management conference set for July 18, 2012 be vacated.

14    **IT IS SO STIPULATED.**

15 DATED:  July 16, 2012                                    Respectfully submitted,

| ATTORNEYS FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANT KIMON P. DAIFOTIS: |
|---|---|
| _____/s/ David J. Gottesman____<br>David J. Gottesman<br>Frederick L. Block<br>David S. Mendel<br>Melissa R. Hodgman<br><br>SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, N.E.<br>Washington, DC 20549-4030<br>Telephone:  (202) 551-4470 (Gottesman)<br>Facsimile:  (202) 772-9245 (Gottesman) | [Signed by consent – signature on file]<br>_____<br>David B. Bayless<br>Tammy Albarrán<br>COVINGTON & BURLING  LLP<br>One Front Street<br>San Francisco, CA  94111<br>Telephone: (415) 591-6000<br>Facsimile:  (415) 591-6091 |

STIPULATION REGARDING SETTLEMENT WITH      -1-      SEC v. DAIFOTIS
DEFENDANT KIMON P. DAIFOTIS                                       CASE NO. C-11-0137 WHA

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____, 2012.

WILLIAM H. ALSUP
United States District Judge

**ATTESTATION OF E-FILED SIGNATURES**

I, David J. Gottesman, who files this Stipulation and Proposed Order, hereby attest, in compliance with General Order 45.X.B., that Tammy Albarran, counsel for defendant Kimon P. Daifotis, has concurred in this filing.

Dated: July 16, 2012                                         /s/ David J. Gottesman
                                                                    David J. Gottesman

---

STIPULATION REGARDING SETTLEMENT WITH      -3-            SEC v. DAIFOTIS
DEFENDANT KIMON P. DAIFOTIS                                         CASE NO. C-11-0137 WHA