David J. Gottesman (Trial Counsel) (Illinois Bar No. 6182719)
(gottesmand@sec.gov)
Frederick L. Block (blockf@sec.gov)
David S. Mendel (mendeld@sec.gov)
Melissa R. Hodgman (hodgmanm@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4030
Telephone:  (202) 551-4470 (Gottesman)
Facsimile:  (202) 772-9245 (Gottesman)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-11-0137 WHA |
| Plaintiff, | STIPULATON AND [~~PROPOSED~~] ORDER REGARDING SETTLEMENT WITH DEFENDANT KIMON P. DAIFOTIS AND VACATING CASE MANAGEMENT CONFERENCE |
| vs. | |
| KIMON P. DAIFOTIS and RANDALL MERK, | |
| Defendants. | |

1  WHEREAS, Plaintiff U.S. Securities and Exchange Commission ("SEC") and Defendant Kimon P. Daifotis ("Mr. Daifotis") have reached a settlement which resolves all of the claims in this case;

WHEREAS, Mr. Daifotis has executed a Consent to the entry of a proposed Final Judgment, and copies of the Consent and proposed Final Judgment are submitted with this Stipulation;

WHEREAS, the parties request that the Court enter the proposed Final Judgment submitted herewith;

WHEREAS, the case management conference set for July 18, 2012 appears unnecessary in light of the settlement of this matter;

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's approval, that the proposed Final Judgment submitted herewith be entered, and that the case management conference set for July 18, 2012 be vacated.

**IT IS SO STIPULATED.**

DATED:  July 16, 2012                              Respectfully submitted,

ATTORNEYS FOR PLAINTIFF:                           ATTORNEYS FOR DEFENDANT
                                                   KIMON P. DAIFOTIS:

_____/s/ David J. Gottesman___                   [Signed by consent – signature on file]
David J. Gottesman                                 _____
Frederick L. Block                                 David B. Bayless
David S. Mendel                                    Tammy Albarrán
Melissa R. Hodgman                                 COVINGTON & BURLING  LLP
                                                   One Front Street
                                                   San Francisco, CA  94111
SECURITIES AND EXCHANGE                            Telephone: (415) 591-6000
COMMISSION                                         Facsimile:  (415) 591-6091
100 F Street, N.E.
Washington, DC 20549-4030
Telephone:  (202) 551-4470 (Gottesman)
Facsimile:  (202) 772-9245 (Gottesman)

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: July 17, 2012.

_____
William Alsup
UNITED STATES DISTRICT JUDGE