David J. Gottesman (Trial Counsel) (Illinois Bar No. 6182719)
(gottesmand@sec.gov)
Frederick L. Block (blockf@sec.gov)
David S. Mendel (mendeld@sec.gov)
Melissa R. Hodgman (hodgmanm@sec.gov)

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
100 F Street, N.E.
Washington, DC 20549-4030
Telephone:  (202) 551-4470 (Gottesman)
Facsimile:  (202) 772-9245 (Gottesman)

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. CV-11-0137 WHA |
| Plaintiff, | STIPULATON AND [PROPOSED] ORDER REGARDING SETTLEMENT WITH DEFENDANT KIMON P. DAIFOTIS AND VACATING CASE MANAGEMENT CONFERENCE |
| vs. | |
| KIMON P. DAIFOTIS and RANDALL MERK, | |
| Defendants. | |

1   WHEREAS, Plaintiff U.S. Securities and Exchange Commission ("SEC") and
2   Defendant Kimon P. Daifotis ("Mr. Daifotis") have reached a settlement which resolves all
3   of the claims in this case;

4   WHEREAS, Mr. Daifotis has executed a Consent to the entry of a proposed Final
5   Judgment, and copies of the Consent and proposed Final Judgment are submitted with this
6   Stipulation;

7   WHEREAS, the parties request that the Court enter the proposed Final Judgment
8   submitted herewith;

9   WHEREAS, the case management conference set for July 18, 2012 appears
10  unnecessary in light of the settlement of this matter;

11  THE PARTIES HEREBY STIPULATE AND AGREE, subject to the Court's
12  approval, that the proposed Final Judgment submitted herewith be entered, and that the case
13  management conference set for July 18, 2012 be vacated.

14  **IT IS SO STIPULATED.**

15  DATED:  July 16, 2012                                        Respectfully submitted,

| ATTORNEYS FOR PLAINTIFF: | ATTORNEYS FOR DEFENDANT KIMON P. DAIFOTIS: |
|---|---|
| _____/s/ David J. Gottesman___<br>David J. Gottesman<br>Frederick L. Block<br>David S. Mendel<br>Melissa R. Hodgman<br><br>SECURITIES AND EXCHANGE COMMISSION<br>100 F Street, N.E.<br>Washington, DC 20549-4030<br>Telephone:  (202) 551-4470 (Gottesman)<br>Facsimile:  (202) 772-9245 (Gottesman) | [Signed by consent – signature on file]<br>_____<br>David B. Bayless<br>Tammy Albarrán<br>COVINGTON & BURLING  LLP<br>One Front Street<br>San Francisco, CA  94111<br>Telephone: (415) 591-6000<br>Facsimile:  (415) 591-6091 |

STIPULATION REGARDING SETTLEMENT WITH        -1-        SEC v. DAIFOTIS
DEFENDANT KIMON P. DAIFOTIS                                     CASE NO. C-11-0137 WHA

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated: July 17, 2012.

                                                         William Alsup
                                                         UNITED STATES DISTRICT JUDGE